## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHOENIX LITHOGRAPHING CORPORATION, doing business as "PHOENIX FINANCIAL PRINT CORPORATION,"** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | **NO.  17-4134** |
| **MICHAEL SPELMAN,** | |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 30th day of November, 2017, upon consideration of Stipulation and Order to Stay Litigation Pending Mediation (Document No. 7, filed November 29, 2017), **IT IS ORDERED** that Stipulation to Stay Litigation Pending Mediation is **APPROVED** and **ADOPTED** as an Order of Court.  All proceedings in this case are **STAYED** pending mediation.

**IT IS FURTHER ORDERED** that defendant's response to plaintiff's Complaint shall be filed and served on or before February 16, 2018.

**IT IS FURTHER ORDERED** that the parties shall jointly report to the Court (letter to Chambers, Room 12613) with respect to the status of the mediation before former judge Diane M. Welsh on or before February 9, 2018.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**
_____

**DuBOIS, JAN E., J.**